STATE v. WEST

    No. 43 PC.

    Case below: 21 N.C. App. 58.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.

STATE v. WILBURN

    No. 86.

    Case below: 21 N.C. App. 140.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974. Motion of Attorney General to dismiss appeal allowed 8 May 1974.

TIMBER MANAGEMENT CO. v. BELL

    No. 69 PC.

    Case below: 21 N.C. App. 143.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 May 1974.